**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATRINA PRIOR**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 24-2980-KSM** |
| **INTEGRICHAIN, INC.**, | |
| Defendant. | |

## ORDER

**AND NOW** this 27th day of February, 2026, upon consideration of Defendant's Motion for Summary Judgment (Doc. Nos. 23–25), Plaintiff's opposition (Doc. Nos. 26–28), and Defendant's reply (Doc. Nos. 29–30), and following oral argument on January 27, 2026 (Doc. Nos. 33, 35), it is **ORDERED** that Defendant's motion is **GRANTED.**  The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

**KAREN SPENCER MARSTON, J.**