IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **KATRINA PRIOR**, <br><br> Plaintiff, <br><br> *v.* <br><br> **INTEGRICHAIN, INC.**, <br><br> Defendant. | **CIVIL ACTION** <br><br><br> **NO. 24-2980-KSM** |

## ORDER

**AND NOW**, this 27th day of February, 2026 upon consideration of Defendant's unopposed Motion to Seal and/or Redact Exhibits to Defendant IntegriChain, Inc.'s Motion for Summary Judgment (Doc. No. 21) and following a status conference on January 28, 2026, it is hereby **ORDERED** that the Motion is **GRANTED**.  IntegriChain may **REDACT** (1) information pertaining to explicit financial information in its Board of Directors presentation slide (Doc. No. 21-2, Bates-stamped page INTC0003138), and (2) information pertaining to confidential future business plans described in the deposition testimony of Bradley Burget (Doc. No. 21-3), as proposed to the Court, and (3) spreadsheets containing pricing and salary information (Doc. Nos. 25-33 and 25-34).  It is **FURTHER ORDERED** that IntegriChain may **FILE UNDER SEAL** the email thread involving IntegriChain's CFO (Doc. No. 22-2).  The Court retains the right to allow disclosure of any subject covered by this stipulation or to modify this stipulation at any time in the interest of justice.

    **IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.